# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: LELLA V. MOSS ) <br> ) <br> LELLA V. MOSS, by agent and next friend ) <br> TOMMY MOSS, individually and as agent ) <br> of Lella Moss, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TENNESSEE DEPARTMENT OF HUMAN ) <br> SERVICES, et al ) <br> ) <br>     Defendants. ) | No. 2:07-0012 <br> Trauger/Bryant |

## MOTION OF DEFENDANT, KELLY TAYES, TO DISMISS

Defendant, Kelly Tayes, through counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure moves this Honorable Court for an order dismissing the cause of action, which has been instituted against her by the Plaintiff, Tommy Moss. Attached hereto and filed contemporaneously with this Motion is the Defendant's Memorandum of Law in Support.

Respectfully submitted this 12th day of March, 2008.

                                           **FICKLING & MADEWELL**

                                           /s/ Craig P. Fickling
                                           **Craig P. Fickling** (BPR#14845)
                                           Attorney for Kelly Tayes
                                           118 East First Street
                                           Post Office Box 1483
                                           Cookeville, Tennessee 38503
                                           (931) 526-6101

## Certificate of Service

      I certify that I have served a true and correct copy of the foregoing pleading, via the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to **Stephen D. Barham, Chamliss, Bahner & Stophel, P.C., Two Union Square, Chattanooga TN 37402; T. Michael O'Mara, 317 West Spring Street, Cookeville TN 38501; Wendy Lynn Longmire, Ortale, Kelly, Herbert & Crawford, 200 Fourth Ave, North 3rd Floor, Nashville, TN 37219, Derrick C. Smith, Howell & Fisher, PLLC, Court Square Building, 300 James Robertson Parkway, Nashville TN 37201-1107 and Pamela A. Hayden-Wood, Office of The Attorney General, P.O. Box 20207, Nashville TN 37202** or, if not registered, via First Class Mail to **Tommy Moss 220 Mahler, Cookeville TN 38501, and Margaret Welker, Margaret Welker and Associates, 222 2nd Ave. North, Suite 360M, Nashville TN 37201** and on this the 13th day of March, 2008.

                                                  s/ Craig P. Fickling
                                                  Attorney for Defendant
                                                  Kelly Tayes