UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: LELLA V. MOSS ) | |
| ) | |
| LELLA V. MOSS, by agent and next friend ) | |
| TOMMY MOSS, individually and as agent ) | |
| of Lella Moss, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 2:07-0012 |
| ) | Trauger/Bryant |
| TENNESSEE DEPARTMENT OF HUMAN ) | |
| SERVICES, et al ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS**

Defendant, Kelly Tayes, through counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves the Court for an order dismissing with prejudice what appears to be a complaint instituted against Ms. Tayes pursuant the doctrine of *res judicata* (Attachment to Docket Number 115).

**STATEMENT OF THE CASE**

The Plaintiff in this action, Tommy Moss, is proceeding *pro se*. In his original, 211 page amended complaint (Docket Entry Number 8), he asserted, on behalf of himself and his late mother, Lillian Moss, a number of claims against a number of different parties seeking to recover damages of alleged civil rights violations. The parties involved in that action filed motions to dismiss. The Magistrate Judge recommended that the motions to dismiss on behalf of those defendants be granted (Docket Entry Number 93). The Court accepted the Magistrate's findings of fact and conclusions of law and for the

reasons expressed in the Magistrate's report, dismissed with prejudice the claims against Kelly Tayes. (Docket Entry Number 93). This dismissal was with prejudice.

Prior to the Magistrate Court's issuance of its report and recommendation, Mr. Moss removed an action involving his mother's estate from the Jackson County Probate Court. (Docket Entry Number 92). In response to this removal, the parties involved in the probate case filed a motion with this Court seeking to remand the probate action back to the Probate Court of Jackson County. (Docket Entry Numbers 95 and 96). Rather than respond to the motion to remand, Mr. Moss has filed what appears to be a complaint. (Attachment 1 to Docket Entry Number 115). Mr. Moss has not sought the Court's leave to amend the his complaint in this matter. The Clerk has not issued a summons. Ms. Tayes takes the position that for these reasons, this sixty-three (63) page document has not been properly filed and that she is under no obligation to respond to this matter. However, out of an overabundance of caution, Ms. Tayes files this Motion to Dismiss. In Mr. Moss' latest pleading, Mr. Moss re-asserts the same alleged civil rights violations, and seeks the same relief sought in the original action that has already been dismissed by this Court with prejudice.

## ARGUMENT

Ms. Tayes contends that Mr. Moss' latest pleading is barred by the doctrine of *res judicata*. The central proposition of this doctrine is that a party who has had a full opportunity to present a contention is barred to assert that same contention in a subsequent action. In order for the doctrine to apply, it must be demonstrated that, (1) the first action was decided on the merits, (2) the matter contested in the second case was or could have been resolved in the first, and (3) both actions involve the same parties or

their privies. A brief examination of Mr. Moss' latest pleading reveals that these requirements have been met. This latest attempt to assert claims against Ms. Tayes should be barred.

Respectfully submitted this 8th day of December, 2008.

**FICKLING & MADEWELL**

/s/ Craig P. Fickling
**Craig P. Fickling** (BPR#14845)
Attorney for Kelly Tayes
118 East First Street
Post Office Box 1483
Cookeville, Tennessee 38503
(931) 526-6101

**Certificate of Service**

I certify that I have served a true and correct copy of the foregoing pleading, via the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to **Stephen D. Barham, Chamliss, Bahner & Stophel, P.C., Two Union Square, Chattanooga TN 37402; T. Michael O'Mara, 317 West Spring Street, Cookeville TN 38501; Wendy Lynn Longmire, Ortale, Kelly, Herbert & Crawford, 200 Fourth Ave, North 3rd Floor, Nashville, TN 37219, Derrick C. Smith, Howell & Fisher, PLLC, Court Square Building, 300 James Robertson Parkway, Nashville TN 37201-1107 and Pamela A. Hayden-Wood, Office of The Attorney General, P.O. Box 20207, Nashville TN 37202** or, if not registered, via First Class Mail to **Tommy Moss 409 West 6th Street, Cookeville TN 38501, and Margaret Welker, Margaret Welker and Associates, 222 2nd Ave. North, Suite 360M, Nashville TN 37201** and on this the 8th day of December, 2008.

s/ Craig P. Fickling
Attorney for Defendant
Kelly Tayes

3