Tommy Moss
490 West 6th Street
Cookeville, Tennessee

Tommy Moss (TM)
490 West 6th Street
-
Cookeville TN                38501