```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                     NORTHEASTERN DIVISION
```

In re: Lella V. Moss,            )
                                 )
LELLA V. MOSS                    )
By agent, next friend, TOMMY     )
MOSS, Individually, agent of     )
Lella Moss,                      )
                                 )
     Plaintiffs,                 )
                                 )
        v.                       )     NO.  2:07-0012
                                 )     Judge Trauger/Bryant
TENNESSEE DEPARTMENT OF HUMAN    )
SERVICES, TN DHS APS, et al.,    )
                                 )
     Defendants.                 )

## O R D E R

Defendants Jacky O. Bellar, Esq., J. Branden Bellar, Esq., Jamie Winkler, Esq. and Bellar and Winkler Attorneys at Law, have filed their motion for an extension of time to respond to what the Court has construed as an answer, counterclaim and third-party complaint in a state court probate case which plaintiff Tommy Moss removed to this Court (Docket Entry No. 92).

It appears from the record that these defendants are parties only to the removed state court probate action (Docket Entry No. 92).

It further appears that this state court probate action was remanded to the Chancery Court for Jackson County, Tennessee, on March 31, 2009 (Docket Entry No. 150).

Since the only claim against these moving defendants was filed in a removed action that now has been remanded to state

court, the Clerk is hereby directed to terminate motion number 122 as moot.

It is so **ORDERED**.

<pre>
                                    s/ John S. Bryant
                                    JOHN S. BRYANT
                                    United States Magistrate Judge
</pre>