UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| In re: Lella V. Moss, | ) | |
| | ) | |
| LELLA V. MOSS | ) | |
| By agent, next friend, TOMMY | ) | |
| MOSS, Individually, agent of | ) | |
| Lella Moss, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 2:07-0012 |
| | ) | Judge Trauger/Bryant |
| TENNESSEE DEPARTMENT OF HUMAN | ) | |
| SERVICES, TN DHS APS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff Tommy Moss has filed his motion "To Have A Single Attorney Identified For State Plaintiff" (Docket Entry No. 169). Mr. Moss in this motion states that "[t]his motion is intended to apply to the Federal Case removed from TN state court."

Since the state probate case, previously removed to this Court by Mr. Moss, has now been remanded to the Chancery Court for Jackson County, Tennessee (Docket Entry No. 150), the subject motion is hereby **DENIED as moot**.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge