

**Motion is GRANTED.**

*[signature]*

FILED

2009 MAR 31  DB

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

IN RE LELLA V. MOSS

    No: 2:07-0012  A
    Judges: Trauger/Bryant

Lella V. Moss
by agent, next friend
Tommy Moss
individually, agent of Lella Moss

v.

Tennessee Department of Human Services, TN DHS APS; and others

REQUEST TO CORRECT REFERENCE TO DOCUMENT IN DK 149

1. Judge Trauger's order in doument 149 states that she will take notice of certain douments when she reviews document 128. This is the Report regarding the motion to dismiss claims against defendant Collins.

2. This is not the doucment that the request was made to applied to in reviewing Reports.

. The "Request a Mandamus to take notice of specific documents" is dated 3/24/2009. At numbers 2, 5 it request that these specific documents be used to make corrections and be taken into consideration in the following douments;  93, and review of 26 and 27. Docuemnt 93 is the Report regarding request to dismiss by several defendants and the plaintiffs summary judgment motion - DK 26 and 27.

3. The companion doucment is title "Request to take Specific Notice" dated 3/24/2009. In states at number 1.4 that the document request to be review is document 93 and the subsequent documents 105, 124 and 125 that contain decision based upon applying the incorrect statute.

4. The application of the correct statute will carry forward to all remaing judicial decisions.