IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LELLA V. MOSS, by agent and next friend Tommy Moss, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>UNKNOWN TN DHS APS COMMISSIONERS,  )<br>SUPERVISORS, ATTORNEY, individually, *et al*.,  )<br>)<br>Defendants.  ) | Civil No. 2:07-0012<br>Judge Trauger<br>Magistrate Judge Bryant |

**O R D E R**

On February 4, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 128), recommending that defendant Collins's Motion to Dismiss (Docket No. 90) be granted. On February 11, 2009, plaintiff Tommy Moss filed a motion requesting an extension of time for the filing of objections to that Report and Recommendation (Docket No. 132), which was granted in an Order requiring that objections be filed by March 9, 2009 (Docket No. 135). On February 27, 2009, Mr. Moss filed a motion requesting a second extension of time (Docket No. 140), which was granted in an Order requiring that objections be filed by March 25, 2009 (Docket No. 141). On the second extended deadline, March 25, 2009, Mr. Moss filed a third motion for extension of time (Docket No. 145), which was granted in an Order requiring that objections be filed by 12:00 noon on March 31, 2009 (Docket No. 149). When no timely objections were filed by 12:00 noon on March 31, 2009, the court issued an Order accepting the Report and Recommendation (Docket No. 128) and granting the Motion to Dismiss filed by defendant Collins. (Docket No. 150) Later in the day on March 31, 2009, Mr. Moss filed a

1

fourth motion, requesting that the court extend the filing deadline for his objections to the end of the day on March 31, 2009. (Docket No. 51) Although the docket entry reflects that his "Reply to M Judge Report on Motions to Dismiss by Collins," which the court construes as objections to Report and Recommendation No. 128, was filed on April 1, 2009, the document itself is stamped "Filed March 31, 2009." (Docket No. 154) The request to extend the deadline to the end of March 31, 2009 (Docket No. 151) is **GRANTED**. The court will issue an order ruling on the plaintiff's objections (Docket No. 154) to the Magistrate Judge's Report and Recommendation, recommending that the Motion to Dismiss filed by defendant Collins be granted (Docket No. 128).

It is so **ORDERED.**

Enter this 11th day of August 2009.

ALETA A. TRAUGER
U.S. District Judge

2