2:07-cv-12

Tommy Moss
490 West 6th Street
Cookville, TN 38501

RECEIVED
IN CLERK'S OFFICE
AUG 17 2009
U.S. DISTRICT COURT
MID. DIST. TENN.

RETURN TO SENDER VIA PARS 37230
UNABLE TO FORWARD
9/10/2009

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NASHVILLE, TN 37203

OFFICIAL BUSINESS

plaintiff's motion (Docket Entry No. 152) seeks an extension of time to file his response to defendant Welker's motion, the motion is GRANTED and the response deemed timely filed. To the extent the motion seeks an extension of time to file objections to the report and recommendation in Docket Entry No. 124, the motion is DENIED as moot, the District Judge having entered her order on June 10, 2009 (Docket Entry No. 170).

It is so ORDERED.

ENTERED this 31st day of July, 2009.

　　　　　　　　　　　　　　　／s／ John S. Bryant
　　　　　　　　　　　　　　　JOHN S. BRYANT
　　　　　　　　　　　　　　　United States Magistrate Judge