**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION**

| | |
|---|---|
| LELLA V. MOSS, by agent and next friend Tommy Moss, *et al.*, ) ) ) | |
| Plaintiffs, ) | Civil No. 2:07-0012 |
| ) | Judge Trauger |
| v. ) | Magistrate Judge Bryant |
| ) | |
| UNKNOWN TN DHS APS COMMISSIONERS, ) SUPERVISORS, ATTORNEY, individually, *et al.*, ) ) | |
| Defendants. ) | |

### **O R D E R**

On July 31, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 177), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant Margaret Welker (Docket No. 130) is **GRANTED**, and the claims against this defendant are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED.**

Enter this 25th day of August 2009.

_____
ALETA A. TRAUGER
U.S. District Judge